# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 322 MAL 2015
:
            Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
CHRISTOPHER HANSON, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2015, the Petition for Allowance of Appeal and the Applications for Leave to Request Remand are **DENIED**.